THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN RUSSO, Appellant, et al., Defendants.

Argued October 10, 1951; decided December 6, 1951.

*Frank Serri* for appellant.

*Frank S. Hogan, District Attorney (Jack M. Cotton* and *Richard G. Denzer* of counsel), for respondent.

*Per Curiam.* This court has already declared section 1898-a of the Penal Law to be constitutional (*People* v. *Gerschinsky,* 281 N. Y. 581; see, too, *People* v. *Terra,* 303 N. Y. 332, decided herewith).

The judgment should be affirmed.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Judgment affirmed.